IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SEAN JONES, #279136, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:12cv099-WHA |
| ) | |
| WARDEN ROWELL, et al., ) | (WO) |
| ) | |
| Defendants. ) | |

### **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #26), entered in this case on July 2, 2012, and for the reasons stated by the Magistrate Judge, the court ADOPTS the Recommendation, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of the Plaintiff to comply with the orders of the court and for his failure to prosecute this action.

DONE this 1st day of August, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE